UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

CHRISTOPHER D. WYMAN,  Case No. 12-32264-dof
                       Chapter 7 Proceeding
    Debtor.             Hon. Daniel S. Opperman
_____/

MICHAEL A. MASON and
BARBARA DUGGAN,

    Plaintiffs,

v.                              Adversary Proceeding
                                Case No. 12-3347-dof

DIANA KAYE GENTRY,

    Defendant.
_____/

## ORDER REGARDING INSPECTION OF PERSONAL PROPERTY

This matter having come before this Court for trial on February 10, 2015, and after consideration of the testimony of Trustee Sweet regarding the location of the equipment, machinery and vehicle(s) described in the attachments to the Bill of Sale, DE 243-6, Case No. 12-3348, attached as Exhibit 1, and the need to inspect this property by the Trustee; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Defendant, the Debtor, their agents, attorneys, employees, successors and assigns shall disclose the exact location of and/or account for each item listed in the attachments to the Bill of Sale within three (3) days of the date of entry of this Order;

1

IT IS FURTHER ORDERED that the equipment, machinery, vehicle(s), or other property described in the attachments to the Bill of Sale shall not be moved without written notice to the Trustee;

IT IS FURTHER ORDERED that the Debtor and/or the Defendant shall make themselves available to the Trustee on forty-eight (48) hours advanced notice to their respective attorneys at such place and time as the Trustee shall designate to assist the Trustee in locating, inspecting, and determining the value of each item described in the attachments to the Bill of Sale, which shall be completed by March 10, 2015.

**Signed on February 26, 2015**

                                        **/s/ Daniel S. Opperman**
                              **Daniel S. Opperman**
                              **United States Bankruptcy Judge**