UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

CHRISTOPHER D. WYMAN,

        DEBTOR,
_____/

CASE NO. 12-33264-dof
CHAPTER 7
HONORABLE DANIEL S. OPPERMAN

Michael A. Mason and Barbara Duggan,
        Plaintiffs,

Adversary No. 12-03347-dof

v

Diana Kaye Gentry, individually and as
Sole shareholder and alter ego of CREST
HOUSING, INC., CREDST HOME
SERVICES CO., DK GENTRY, INC.,
GENTRY SALES, INC.; and related d/b/a's,
        Defendants.
_____/

## ORDER DISMISSING BARBARA DUGGAN AS PLAINTIFF IN ADVERSARY PROCEEDING NO. 12-03347-DOF

    This matter have come before the Court and the Court having set an Order for Show Cause as to why Plaintiff, Barbara Duggan, should not be dismissed as a Plaintiff in this case;

**NOW THEREFORE;**

    **IT IS HEREBY ORDERED** that Barbara Duggan shall be and is hereby dismissed with prejudice as a Plaintiff from Adversary Proceeding No. 12-03347-dof.

**Signed on January 25, 2018**



/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**